**United States District Court**
**Southern District of New York**

---

| | |
|---|---|
| Broadcast Music Inc., et al. | ) Case No.: 07 CV 2967 |
| | ) |
| Plaintiff | ) AFFIDAVIT OF SERVICE |
| v. | ) |
| ASK 244, LLC, ET AL. | ) |
| | ) |
| Defendant | ) |

---

STATE OF NEW YORK: COUNTY OF NEW YORK   ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Noel Ashman therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Noel Ashman, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: Brown   Hair: Brown   Glasses: No   Approx. Age: 25   Height: 5'2"   Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Noel Ashman.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/27/07

Subscribed and sworn to before me, a notary public, on this 27th day of April, 2007.

Notary Public
My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

---

**Broadcast Music Inc., et al.**           )
                                            ) **Case No.: 07 CV 2967**
                                            )
                                            )
                    **Plaintiff**           ) **AFFIDAVIT OF SERVICE**
            v.                              )
**ASK 244, LLC, ET AL.**                    )
                                            )
                                            )
                    **Defendant**           )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Jason Krystal therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Jason Krystal, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Brown    Hair: Brown    Glasses: No    Approx. Age: 25    Height: 5'2"    Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Jason Krystal.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/23/07

Subscribed and sworn to before me, a notary public, on this _____ day of April, 2007.
Notary Public
My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

---

Broadcast Music Inc., et al. )
) Case No.: 07 CV 2967
)
)
)  Plaintiff   ) **AFFIDAVIT OF SERVICE**
v. )
ASK 244, LLC, ET AL. )
)
)
Defendant )

---

STATE OF NEW YORK: COUNTY OF NEW YORK   ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Stephanie Ruhle Hubbard therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Stephanie Ruhle Hubbard, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: Brown   Hair: Brown   Glasses: No   Approx. Age: 25   Height: 5'2"   Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Stephanie Ruhle Hubbard.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin/Lic. #1103442
Target Research Services, Inc.
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/27/07

Subscribed and sworn to before me, a notary public, on this 25th day of April, 2007.
My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

---

Broadcast Music Inc., et al.                    )
                                                 ) Case No.: 07 CV 2967
                                                 )
                                                 )
                    Plaintiff                    ) AFFIDAVIT OF SERVICE
           v.                                    )
ASK 244, LLC, ET AL.                             )
                                                 )
                                                 )
                    Defendant                    )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Kristen Dickey therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Kristen Dickey, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Brown    Hair: Brown    Glasses: No    Approx. Age: 25    Height: 5'2"    Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Kristen Dickey.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.

Executed on: 4/27/07

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____ day of April, 2007.
My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

---

Broadcast Music Inc., et al.                    )
                                                ) Case No.: 07 CV 2967
                                                )
                                                )
                    Plaintiff                   ) AFFIDAVIT OF SERVICE
        v.                                      )
ASK 244, LLC, ET AL.                            )
                                                )
                                                )
                    Defendant                   )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on ASK 224, LLC. therein named.

By delivering thereat a true copy of each to KIZZYANN ANTONIE personally, who stated to be the OFFICE MANAGER thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: Brown   Hair: Brown   Glasses: No   Approx. Age: 25   Height: 5'2"   Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Ask 224, LLC.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Teddy Valcin_
Teddy Valcin, Lic. #1103442                              4/27/07
Target Research Services, Inc.                           Executed on:

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _27th_ day of _April_, 2007.
_Notary Public_                My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

---

Broadcast Music Inc., et al.                         )
                                                      ) Case No.: 07 CV 2967
                                                      )
                                                      )
                          Plaintiff                   ) **AFFIDAVIT OF SERVICE**
                   v.                                 )
ASK 244, LLC, ET AL.                                  )
                                                      )
                                                      )
                          Defendant                   )

---

STATE OF NEW YORK: COUNTY OF NEW YORK      ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on EUGENE BOISSIERE therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of EUGENE BOISSIERE, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Brown    Hair: Brown    Glasses: No    Approx. Age: 25    Height: 5'2"    Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Eugene Boissiere.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/23/07

Subscribed and sworn to before me, a notary public, on this _____ day of _____, 2007.

Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

---

**Broadcast Music Inc., et al.** )
) **Case No.: 07 CV 2967**
)
)
**Plaintiff** ) **AFFIDAVIT OF SERVICE**
v. )
**ASK 244, LLC, ET AL.** )
)
)
**Defendant** )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Thomas Frayne therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Thomas Frayne, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Brown    Hair: Brown    Glasses: No    Approx. Age: 25    Height: 5'2"    Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Thomas Frayne.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/27/07

Subscribed and sworn to before me, a notary public, on this ___27th___ day of ___April___, 2007.

Notary Public
My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009