John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590



Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    )
BROADCAST MUSIC, INC.; et al.,      )
                                    )
            Plaintiffs,             )       CIVIL ACTION NO.:
                                    )
       v.                           )       1:07-cv-2967
                                    )
ASK 244, LLC d/b/a THE PLUMM and    )       Judge Buchwald
EUGENE BOISSIERE, THOMAS FRAYNE,    )
NOEL ASHMAN, JASON KRYSTAL,         )
STEPHANIE RUHLE HUBBARD,            )
And KRISTEN DICKEY, each            )
individually,                       )
                                    )
            Defendants.             )
                                    )
------------------------------------X

## STIPULATION FOR EXTENSION OF TIME TO ANSWER

Plaintiffs, having initiated this action against Defendants on April 13, 2007, and having served Defendants with the summons and complaint on or around April 19, 2007; and Defendants, having contacted Plaintiffs prior to the May 9, 2007 deadline for filing their answer(s) to the complaint to request an extension of time with respect thereto; and Plaintiffs, having agreed to grant such extension so that the parties may continue to pursue the possibility of settling this matter without any further litigation; Plaintiff BMI, for itself and its co-Plaintiffs through their undersigned counsel, and Defendant Ask 244, LLC, for

itself and its co-Defendants through its undersigned counsel, hereby stipulate and move this Court to set July 3, 2007 as the deadline for Defendants to file their answer(s) to the complaint.

Dated: JUNE 20, 2007

BROADCAST MUSIC, INC., for itself and its co-Plaintiffs,

By: _____
John Coletta (JC 7522)
Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019

Attorney for Plaintiff BMI

Dated: JUNE 20, 2007

ASK 244, LLC d/b/a The Plumm, for itself and its co-Defendants,

By: _____
Bruno Codispoti, Esq. (BC 4568)
Codispoti & Mancinelli, LLP
111 John Street, Ste. 800
New York, NY 10038

Attorney for Defendant ASK 244, LLC

So Ordered:

_____
6/21/07

2