John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X
                                   )
BROADCAST MUSIC, INC.; et al.,     )
                                   )
            Plaintiffs,            )     CIVIL ACTION NO.:
                                   )     1:07-cv-2967
      v.                           )     Judge Buchwald
                                   )
ASK 244, LLC d/b/a THE PLUMM and   )
EUGENE BOISSIERE, THOMAS FRAYNE,   )     APPLICATION FOR
NOEL ASHMAN, JASON KRYSTAL,        )     CERTIFICATE OF DEFAULT
STEPHANIE RUHLE HUBBARD,           )
And KRISTEN DICKEY, each           )
individually,                      )
                                   )
            Defendants.            )
                                   )
-----------------------------------X


TO:   J. MICHAEL MCMAHON, CLERK
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK


      Please enter default of Defendants Ask 244, LLC d/b/a The

Plumm, and of Eugene Boissiere, Thomas Frayne, Noel Ashman, Jason

Krystal, Stephanie Ruhle Hubbard, and Kristen Dickey, each

individually, pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure and Local Civil Rule 55.1 for failure to plead or

otherwise defend the above-captioned action as fully appears from

the court file herein and from the attached declaration of John

Coletta and the proofs of service on file with the Court.

Dated:      New York, New York
            August 16, 2007

                                By: _____
                                    John Coletta (JC 7522)
                                    Broadcast Music, Inc.
                                    320 West 57th Street
                                    New York, NY 10019
                                    Phone: (212) 830-2590
                                    Fax: (212) 830-3802
                                    E-Mail:  jcoletta@bmi.com


CC:         Bruno Codispoti, Esq.
            Codispoti & Mancinelli, LLP
            111 John Street, Ste. 800
            New York, NY 10038
            Attorney for Defendant Ask 244, LLC

            Noel Ashman
            The Plumm
            246 West 14th Street
            New York, NY 10011

            Jason Krystal
            The Plumm
            246 West 14th Street
            New York, NY 10011

            Stephanie Ruhle
            The Plumm
            246 West 14th Street
            New York, NY 10011

            Kristen Dickey
            The Plumm
            246 West 14th Street
            New York, NY 10011

            Eugene Boissiere
            The Plumm
            246 West 14th Street
            New York, NY 10011

            Thomas Frayne
            The Plumm
            246 West 14th Street
            New York, NY 10011

John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
                                   )
BROADCAST MUSIC, INC.; et al.,     )
                                   )
           Plaintiffs,             )    CIVIL ACTION NO.:
                                   )    1:07-cv-2967
           v.                      )    Judge Buchwald
                                   )
ASK 244, LLC d/b/a THE PLUMM and   )
EUGENE BOISSIERE, THOMAS FRAYNE,   )    AFFIDAVIT IN SUPPORT
NOEL ASHMAN, JASON KRYSTAL,        )    OF REQUEST FOR ENTRY
STEPHANIE RUHLE HUBBARD,           )    OF DEFAULT
And KRISTEN DICKEY, each           )
individually,                      )
                                   )
           Defendants.             )
                                   )
----------------------------------X

COUNTY OF NEW YORK  )
                    ) ss:
STATE OF NEW YORK   )

    John Coletta, being duly sworn, deposes and says:

    1.  I am the Assistant Vice President, Legal Affairs and
counsel to Plaintiffs Broadcast Music, Inc., et al, ("BMI") in
this action.  I have had primary responsibility for litigation of
the claims stated in this lawsuit, including drafting and filing
the Complaint filed on Plaintiffs' behalf.    I  make  this
declaration of my own personal knowledge, except as indicated, and
could testify to the facts stated herein if called upon to do so.

2. On April 13, 2007, I caused to be filed Plaintiffs' Complaint in this matter. On April 19, 2007, BMI's process servers served Ask 244, LLC d/b/a The Plumm, and Eugene Boissiere, Thomas Frayne, Noel Ashman, Jason Krystal, Stephanie Ruhle Hubbard, and Kristen Dickey, with the Summons and Complaint in this Action. The proofs of such service were filed with the Court on May 30, 2007, and are attached hereto as Exhibit A.

3. On June 5, 2007, the parties filed a Stipulation for Extension of Time to Answer which asked the Court to set June 18, 2007 as the deadline for Defendants to file their answer(s). A copy of the Stipulation is attached hereto as Exhibit B.

4. On June 21, 2007, the parties filed a second Stipulation for Extension of Time to Answer which asked the Court to set July 3, 2007 as the deadline for Defendants to file their answer. A copy of the second Stipulation is attached hereto as Exhibit C.

5. Upon information and belief, the individual defendants are members of a New York limited liability company that owns and operates an eating and drinking establishment for which they have obtained a liquor license from the New York State Liquor Authority, and are therefore not infants or incompetents. The results of queries of the New York State Liquor Authority web site listing the principals on the Liquor License are attached as Exhibit D.

6. Upon information and belief, none of the individual defendants are in the military. The results of the queries of The Department of Defense Manpower Data Center, and the affidavit of

the individual who performed the queries, are attached as Exhibit E.

7.    Defendants have failed to plead or otherwise defend this action.    Since the Defendants have failed to plead or otherwise defend and the time for filing responsive pleadings has lapsed, I ask that the default be entered against Ask 244, LLC d/b/a The Plumm and Eugene Boissiere, Thomas Frayne, Noel Ashman, Jason Krystal, Stephanie Ruhle Hubbard, and Kristen Dickey, each individually.

Dated:    August 16, 2007

_____
John Coletta

Sworn to before me this
16th day of August 2007.

_____
Notary Public

STUART ROSEN
NOTARY PUBLIC, State of New York
No. 02-RO5020733
Certified in New York County
Commission Expires November 29, 20__

STUART ROSEN
NOTARY PUBLIC, State of New York
No. 02-RO5020733
Certified in New York County
Commission Expires November 29, 2009

EXHIBIT A

**United States District Court**
**Southern District of New York**

------------------------------------------------------------

Broadcast Music Inc., et al. )
) Case No.: 07 CV 2967
)
)
**Plaintiff** ) **AFFIDAVIT OF SERVICE**
v. )
ASK 244, LLC, ET AL. )
)
)
**Defendant** )

------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK     ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Noel Ashman therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Noel Ashman, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: Brown     Hair: Brown     Glasses: No     Approx. Age: 25     Height: 5'2"     Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Noel Ashman.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/27/07

Subscribed and sworn to before me, a notary public, on this _____ day of _____ April _____, 2007.

My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

-----------------------------------------------------------

| | |
|---|---|
| Broadcast Music Inc., et al. | ) |
| | ) **Case No.: 07 CV 2967** |
| | ) |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ASK 244, LLC, ET AL. | ) |
| | ) |
| | ) |
| **Defendant** | ) |

-----------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Jason Krystal therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Jason Krystal, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Brown    Hair: Brown    Glasses: No    Approx. Age: 25    Height: 5'2"    Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Jason Krystal.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/27/07

Subscribed and sworn to before me, a notary public, on this _____ day of _____, 2007.

My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

------------------------------------------------------------

| | |
|---|---|
| Broadcast Music Inc., et al. | ) Case No.: 07 CV 2967 |
| | ) |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ASK 244, LLC, ET AL. | ) |
| | ) |
| | ) |
| Defendant | ) |

------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Stephanie Ruhle Hubbard therein named (the intended recipient).

**SUITABLE AGE PERSON:**   By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Stephanie Ruhle Hubbard, a person of suitable age and discretion.   Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: Brown     Hair: Brown     Glasses: No     Approx. Age: 25     Height: 5'2"     Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Stephanie Ruhle Hubbard.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin/Lic. #1103442
Target Research Services, Inc.

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/27/07

Subscribed and sworn to before me, a notary public, on this _____ 25th _____ day of _____ Nov _____, 2007.

My Commission Expires: 3/28/09

_____
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124760
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

------------------------------------------------------------

| | |
|---|---|
| Broadcast Music Inc., et al. | ) **Case No.: 07 CV 2967** |
| | ) |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ASK 244, LLC, ET AL. | ) |
| | ) |
| Defendant | ) |

------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK        ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Kristen Dickey therein named (the intended recipient).

**SUITABLE AGE PERSON:**   By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Kristen Dickey, a person of suitable age and discretion.   Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female      Race/Skin: Brown      Hair: Brown      Glasses: No      Approx. Age: 25      Height: 5'2"      Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Kristen Dickey.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442                                       Executed on: 4/27/07
Target Research Services, Inc.

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ____ 23rd ____ day of ____ April ____, 2007.

My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

-------------------------------------------------------

| | |
|---|---|
| Broadcast Music Inc., et al. | ) |
| | ) **Case No.: 07 CV 2967** |
| | ) |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ASK 244, LLC, ET AL. | ) |
| | ) |
| | ) |
| **Defendant** | ) |

-------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK     ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on ASK 224, LLC. therein named.

By delivering thereat a true copy of each to KIZZY ANN ANTONIE personally, who stated to be the OFFICE MANAGER thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: Brown     Hair: Brown     Glasses: No     Approx. Age: 25     Height: 5'2"     Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Ask 224, LLC.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442                                           Executed on: 4/27/07
Target Research Services, Inc.

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____ 27th _____ day of _____ April _____, 2007.
My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**
---------------------------------------------------------------------

| | |
|---|---|
| Broadcast Music Inc., et al. | ) Case No.: 07 CV 2967 |
| | ) |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ASK 244, LLC, ET AL. | ) |
| | ) |
| | ) |
| **Defendant** | ) |

---------------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK     ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on EUGENE BOISSIERE therein named (the intended recipient).

**SUITABLE AGE PERSON:**   By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of EUGENE BOISSIERE, a person of suitable age and discretion.   Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: Brown     Hair: Brown     Glasses: No     Approx. Age: 25     Height: 5'2"     Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Eugene Boissiere.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/27/07

Subscribed and sworn to before me, a notary public, on this _____ day of _____, 2007.

_____
Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

**United States District Court**
**Southern District of New York**

-------------------------------------------------------------

| | |
|---|---|
| Broadcast Music Inc., et al. | ) **Case No.: 07 CV 2967** |
| | ) |
| **Plaintiff** | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ASK 244, LLC, ET AL. | ) |
| | ) |
| **Defendant** | ) |

-------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK    ss.:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK.   That on APRIL 19, 2007 at 3:10 PM at 246 WEST 14TH STREET, NEW YORK, NY 10011, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on Thomas Frayne therein named (the intended recipient).

**SUITABLE AGE PERSON:**  By delivering a true copy of each to KIZZYANN ANTOINE, the CO-WORKER of Thomas Frayne, a person of suitable age and discretion.   Said premises is intended recipient's place of business within the state.

On 4/23/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 246 WEST 14TH STREET, NEW YORK, NY 10011 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION:**  Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Brown    Hair: Brown    Glasses: No    Approx. Age: 25    Height: 5'2"    Weight: 115

**COMMENTS:** Recipient represented to me that she is authorized to accept service of process on behalf of Thomas Frayne.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research Services, Inc.
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 4/27/07

Subscribed and sworn to before me, a notary public, on this _____ day of _____, 2007.
My Commission Expires: 3/28/09

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124760
Qualified in New York County
Commission Expires March 28, 2009

# EXHIBIT B

John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    )
BROADCAST MUSIC, INC.; et al.,      )
                                    )
              Plaintiffs,           )        CIVIL ACTION NO.:
                                    )
      v.                            )        1:07-cv-2967
                                    )
ASK 244, LLC d/b/a THE PLUMM and    )        Judge Buchwald
EUGENE BOISSIERE, THOMAS FRAYNE,    )
NOEL ASHMAN, JASON KRYSTAL,         )
STEPHANIE RUHLE HUBBARD,            )
And KRISTEN DICKEY, each            )
individually,                       )
                                    )
              Defendants.           )
                                    )
-----------------------------------X

## STIPULATION FOR EXTENSION OF TIME TO ANSWER

Plaintiffs, having initiated this action against Defendants
on April 13, 2007, and having served Defendants with the summons
and complaint on or around April 19, 2007; and Defendants, having
contacted Plaintiffs prior to the May 9, 2007 deadline for filing
their answer(s) to the complaint to request an extension of time
with respect thereto; and Plaintiffs, having agreed to grant such
extension so that the parties may continue to pursue the
possibility of settling this matter without any further
litigation; Plaintiff BMI, for itself and its co-Plaintiffs
through their undersigned counsel, and Defendant Ask 244, LLC, for

itself and its co-Defendants through its undersigned counsel, hereby stipulate and move this Court to set June 18, 2007 as the deadline for Defendants to file their answer(s) to the complaint.

BROADCAST MUSIC, INC., for itself and its co-Plaintiffs,

Dated: June 4 , 2007

By: _____
John Coletta (JC 7522)
Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019

Attorney for Plaintiff BMI

Dated: JUNE 4 , 2007

ASK 244, LLC d/b/a The Plumm, for itself and its co-Defendants,

By: _____
Bruno Codispoti, Esq. (BC 4568)
Codispoti & Mancinelli, LLP .
111 John Street, Ste. 800
New York, NY 10038

Attorney for Defendant ASK 244, LLC

2

EXHIBIT C

John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590



Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    )
BROADCAST MUSIC, INC.; et al.,      )
                                    )
              Plaintiffs,           )       CIVIL ACTION NO.:
                                    )
    v.                              )       1:07-cv-2967
                                    )
ASK 244, LLC d/b/a THE PLUMM and    )       Judge Buchwald
EUGENE BOISSIÈRE, THOMAS FRAYNE,    )
NOEL ASHMAN, JASON KRYSTAL,         )
STEPHANIE RUHLE HUBBARD,            )
And KRISTEN DICKEY, each            )
individually,                       )
                                    )
              Defendants.           )
                                    )
------------------------------------X

## STIPULATION FOR EXTENSION OF TIME TO ANSWER

Plaintiffs, having initiated this action against Defendants
on April 13, 2007, and having served Defendants with the summons
and complaint on or around April 19, 2007; and Defendants, having
contacted Plaintiffs prior to the May 9, 2007 deadline for filing
their answer(s) to the complaint to request an extension of time
with respect thereto; and Plaintiffs, having agreed to grant such
extension so that the parties may continue to pursue the
possibility of settling this matter without any further
litigation; Plaintiff BMI, for itself and its co-Plaintiffs
through their undersigned counsel, and Defendant Ask 244, LLC, for

itself and its co-Defendants through its undersigned counsel, hereby stipulate and move this Court to set July 3, 2007 as the deadline for Defendants to file their answer(s) to the complaint.

BROADCAST MUSIC, INC., for itself and its co-Plaintiffs,

Dated: June 20 , 2007

By:
John Coletta (JC 7522)
Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019

Attorney for Plaintiff BMI

Dated: June 20 , 2007

ASK 244, LLC d/b/a The Plumm, for itself and its co-Defendants,

By:
Bruno Codispoti, Esq. (BC 4568)
Codispoti & Mancinelli, LLP
111 John Street, Ste. 800
New York, NY 10038

Attorney for Defendant ASK 244, LLC

So Ordered:

6/21/07

2

# EXHIBIT D



NEW YORK STATE

Eliot Spitzer
Governor

Division of Alcoholic Beverage Control
State Liquor Authority

Noreen Healey
Commissioner

Joshua B. Toas
CEO

Daniel B. Boyle
Chairman

Help

Home
Office Directory
Licensing Information
Online Licensing
Forms Download
**Public License Query**
Wholesale
Full Board Calendar
500 Foot Hearings
Press Office
Enforcement
Training Information
FAQs
ABC Law
Mission Statement
Privacy
Security

## Public Query - Results

### License Information

**Serial Number:** 1149417
**License Type:** CABARET LIQUOR
**License Status:** License is Active
**Credit Group:** 1
**Filing Date:** 03/04/2004
**Effective Date:** 06/01/2006
**Expiration Date:** 05/31/2008

### Premises Information

**Principal's Name:** BOISSIERE,EUGENE
FRAYNE,THOMAS
ASHMAN,NOEL
KRYSTAL,JASON
DICKEY,KRISTEN
HUBBARD,STEPHANIE RUHLE

ASHMAN,ROBIN
**Premises Name:** ASK 244 LLC
**Trade Name:**
**Zone:** 1
**Address:** 244 W 14TH ST
8TH AVENUE & 14TH STREET
NEW YORK, NY 10011
**County:** NEW YORK

You can select one of the following links to perform another search:

- **Search by Name**
- **Search by License Number**
- **Search by Location**
- **Search by Principal**

EXHIBIT E

RE: Dickey

State of New York, County of New York:  ss:

Christina O'Sullivan, being duly sworn, deposes and says:

I am an authorized online user of the United States Department of Defense Manpower Data Center and make this affidavit with regard to a civil litigation matter.

On August 13th, 2007, at the request of plaintiff's counsel, I inquired of the United States Department of Defense, via the Defense Manpower Data Center's online inquiry system, as to the military service status of the defendant herein, Kristen M. Dickey, whose social security number is 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 As evinced by the annexed Military Status Report received in response to my request, defendant Kristen M. Dickey is not on active military duty in the armed forces of the United States.

Christina O'Sullivan

Sworn to before me on August 13th, 2007

HARLIN PARKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA4716174
Qualified in New York County
My Commission Expires June 30, 2010

Department of Defense Manpower Data Center          AUG-13-2007 12:02:32

 Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|-----------|--------------|------------|--------------------|----------------|
| DICKEY | Kristen M | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

      See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BNXGKFZNVN*

RE: Ruhle

State of New York, County of New York:  ss:

Christina O'Sullivan, being duly sworn, deposes and says:

I am an authorized online user of the United States Department of Defense Manpower Data Center and make this affidavit with regard to a civil litigation matter.

On August 13th, 2007, at the request of plaintiff's counsel, I inquired of the United States Department of Defense, via the Defense Manpower Data Center's online inquiry system, as to the military service status of the defendant herein, Stephanie L. Ruhle, whose social security number is 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.  As evinced by the annexed Military Status Report received in response to my request, defendant Stephanie L. Ruhle is not on active military duty in the armed forces of the United States.

_Christina O'Sullivan_
Christina O'Sullivan

Sworn to before me on August 13th, 2007

HARLIN PARKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA4716174
Qualified In New York County
My Commission Expires June 30, 2010

Department of Defense Manpower Data Center        AUG-13-2007 11:21:04



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| RUHLE | Stephanie L | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

     See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BMZAITIDTR*

RE: Krystal

State of New York, County of New York: ss:

    Christina O'Sullivan, being duly sworn, deposes and says:

I am an authorized online user of the United States Department of Defense Manpower Data Center and make this affidavit with regard to a civil litigation matter.

On August 13th, 2007, at the request of plaintiff's counsel, I inquired of the United States Department of Defense, via the Defense Manpower Data Center's online inquiry system, as to the military service status of the defendant herein, Jason A. Krystal, whose social security number is 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. As evinced by the annexed Military Status Report received in response to my request, defendant Jason A. Krystal is not on active military duty in the armed forces of the United States.

Christina O'Sullivan

Sworn to before me on August 13th, 2007

MARLIN PARKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA4716174
Qualified in New York County
My Commission Expires June 30, 2010

Department of Defense Manpower Data Center                    AUG-13-2007 11:20:15

 Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|-------------|--------------|------------|--------------------|----------------|
| KRYSTAL | Jason A | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*
_____
Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

   See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BMYFSDXRXA*

RE: Ashman

State of New York, County of New York: ss:

      Christina O'Sullivan, being duly sworn, deposes and says:

I am an authorized online user of the United States Department of Defense Manpower Data Center and make this affidavit with regard to a civil litigation matter.

On August 13th, 2007, at the request of plaintiff's counsel, I inquired of the United States Department of Defense, via the Defense Manpower Data Center's online inquiry system, as to the military service status of the defendant herein, Noel Natuan Ashman, whose social security number is 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 As evinced by the annexed Military Status Report received in response to my request, defendant Noel Natuan Ashman is not on active military duty in the armed forces of the United States.

                                     Christina O'Sullivan

Sworn to before me on August 13th, 2007

HARLIN PARKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA4716174
Qualified in New York County
My Commission Expires June 30, 2010

Department of Defense Manpower Data Center                    AUG-13-2007 11:19:05



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| ASHMAN | Noel Natuan | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BMWYGNAMCL*

RE: Frayne

State of New York, County of New York:  ss:

      Christina O'Sullivan, being duly sworn, deposes and says:

I am an authorized online user of the United States Department of Defense Manpower
Data Center and make this affidavit with regard to a civil litigation matter.

On August 13th, 2007, at the request of plaintiff's counsel, I inquired of the United States
Department of Defense, via the Defense Manpower Data Center's online inquiry system,
as to the military service status of the defendant herein, Thomas D. Frayne, whose social
security number is 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 As evinced by the annexed Military Status Report
received in response to my request, defendant Thomas D. Frayne is not on active military
duty in the armed forces of the United States.

Christina O'Sullivan

Sworn to before me on August 13th, 2007

HARLIN PARKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA4716174
Qualified in New York County
My Commission Expires June 30, 2010

Department of Defense Manpower Data Center                                    AUG-13-2007 11:17:21



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|-----------|--------------|------------|---------------------|----------------|
| FRAYNE | Thomas D | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BMVAFCWIKO*

RE: Boissiere

State of New York, County of New York:  ss:

Christina O'Sullivan, being duly sworn, deposes and says:

I am an authorized online user of the United States Department of Defense Manpower
Data Center and make this affidavit with regard to a civil litigation matter.

On August 13th, 2007, at the request of plaintiff's counsel, I inquired of the United States
Department of Defense, via the Defense Manpower Data Center's online inquiry system,
as to the military service status of the defendant herein, Eugene A. Boissiere, whose
social security number is 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 As evinced by the annexed Military Status Report
received in response to my request, defendant Eugene A. Boissiere is not on active
military duty in the armed forces of the United States.

Christina O'Sullivan

Sworn to before me on August 13th, 2007

HARLIN PARKER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PA4716174
Qualified in New York County
My Commission Expires June 30, 2010

Department of Defense Manpower Data Center                    AUG-13-2007 11:15:54


Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|-------------|--------------|------------|--------------------|----------------|
| BOISSIERE | Eugene A | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BMTKXYBKRG*

John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
BROADCAST MUSIC, INC.; MICHAEL JOE        )
JACKSON d/b/a MIJAC MUSIC; SONY/ATV       )
SONGS LLC; THE BERNARD EDWARDS COMPANY,   )
L.L.C.; HIDDEN PUN MUSIC, INC.; HIP CITY  )
MUSIC INC.; HIRIAM HICKS and ELLIOT       )
STRAITE, a partnership d/b/a HIFROST      )
PUBLISHING; RONDOR MUSIC INTERNATIONAL,   )
INC. d/b/a IRVING MUSIC; EMI BLACKWOOD    )
MUSIC INC.; CAREERS-BMG MUSIC             )
PUBLISHING, INC. CHARLES EDWARD HUGO      )
d/b/a RAYNCHASER MUSIC; PHARRELL L.       )
WILLIAMS d/b/a WATERS OF NAZARETH         )
PUBLISHING; PLEASE GIMME MY PUBLISHING    )
INC.; UNICHAPPELL MUSIC, INC.; SONGS OF   )
UNIVERSAL, INC.,                          )
                                          )
            Plaintiffs,                   )     CIVIL ACTION NO.:
                                          )     1:07-cv-2967
            v.                            )     Judge Buchwald
                                          )
ASK 244, LLC d/b/a THE PLUMM and EUGENE   )     AFFIDAVIT OF
BOISSIERE, THOMAS FRAYNE, NOEL ASHMAN,    )     SERVICE
JASON KRYSTAL, STEPHANIE RUHLE HUBBARD,   )
and KRISTEN DICKEY, each individually,    )
                                          )
            Defendants.                   )
-----------------------------------------X

Stacy Amabile, being sworn, says:

1.  I am an assistant for John Coletta, Esq., the attorney for
Petitioner Broadcast Music, Inc. with an office at 320 West 57th St.,
New York, NY 10019.

2.  I am over 18 years old and am not a party to this action.

3.  On August 16, 2007, I served the Application For
Certificate of Default upon Respondents, Ask 244, LLC, Eugene
Boissiere, Thomas Frayne, Noel Ashman, Jason Krystal, Stephanie Ruhle
Hubbard and Kristen Dickey, by mailing a true copy of it in a
securely enclosed envelope marked personal and confidential, with
sufficient postage, to Respondents at the following addresses:

Bruno Codispoti, Esq.
Codispoti & Mancinelli, LLP
111 John Street, Ste. 800
New York, NY 10038
Attorney for Defendant Ask 244, LLC

Noel Ashman
The Plumm
246 West 14th Street
New York, NY 10011

Jason Krystal
The Plumm
246 West 14th Street
New York, NY 10011

Stephanie Ruhle
The Plumm
246 West 14th Street
New York, NY 10011

Kristen Dickey
The Plumm
246 West 14th Street
New York, NY 10011

Eugene Boissiere
The Plumm
246 West 14th Street
New York, NY 10011

Thomas Frayne
The Plumm
246 West 14th Street
New York, NY 10011

_____
Stacy Amabile

Sworn to before me on
August 16, 2007

_____
NOTARY PUBLIC

JOHN COLETTA
NOTARY PUBLIC, State of New York
No. 02CO6118528
Qualified in Putnam County
Commission Expires November 8, 2008