John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    )
BROADCAST MUSIC, INC.; et al.,      )
                                    )
            Plaintiffs,             )        CIVIL ACTION NO.:
                                    )
      v.                            )        1:07-cv-2967
                                    )
ASK 244, LLC d/b/a THE PLUMM and    )        Judge Buchwald
EUGENE BOISSIERE, THOMAS FRAYNE,    )
NOEL ASHMAN, JASON KRYSTAL,         )
STEPHANIE RUHLE HUBBARD,            )
And KRISTEN DICKEY, each            )
individually,                       )
                                    )
            Defendants.             )
                                    )
------------------------------------X

## JOINT MOTION TO RESTORE ACTION FOR THE PURPOSE OF ENTERING A STIPULATED DISMISSAL

Plaintiffs and Defendants Ask 244, LLC and Noel Ashman, through their respective attorneys, move this Court to restore the above-captioned action to this Court's calendar for the purpose of entering the Stipulated Dismissal attached hereto.

ASK 244, LLC d/b/a The Plumm
and NOEL ASHMAN

_____
Bruno F. Codispoti (BC4568)
Codispoti & Mancinelli, LLP
111 John Street, Ste. 800
New York, NY 10038
Attorney for ASK 244, LLC and
NOEL ASHMAN

BROADCAST MUSIC, INC., for
itself and its co-Plaintiffs

_____
John J. Coletta, Esq. (JC7522)
BMI
320 West 57th Street
New York, NY 10019
(212) 830-2590
Attorney for PLAINTIFFS

John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     )
BROADCAST MUSIC, INC.; et al.,       )
                                     )
            Plaintiffs,              )      CIVIL ACTION NO.:
                                     )
      v.                             )      1:07-cv-2967
                                     )
ASK 244, LLC d/b/a THE PLUMM and     )      Judge Buchwald
EUGENE BOISSIERE, THOMAS FRAYNE,     )
NOEL ASHMAN, JASON KRYSTAL,          )
STEPHANIE RUHLE HUBBARD,             )
And KRISTEN DICKEY, each             )
individually,                        )
                                     )
            Defendants.              )
                                     )
-------------------------------------X

## STIPULATION

The undersigned attorneys for the respective parties do hereby stipulate that the within action be dismissed against all Defendants, with prejudice, each party to pay their costs, subject to being reopened for the filing of a Consent Judgment against Defendants ASK 244, LLC and Noel Ashman (hereinafter, the "Settling Defendants") and/or a Motion for entry of a Default Judgment against the other Defendants, in the event that the Settling Defendants do not comply with the terms and conditions of their settlement agreement with Plaintiffs.

ASK 244, LLC d/b/a The Plumm            BROADCAST MUSIC, INC., for
and NOEL ASHMAN                         itself and its co-Plaintiffs

_____               _____
Bruno F. Codispoti (BC4569)             John J. Coletta, Esq. (JC7522)
Codispoti & Mancinelli, LLP             BMI
111 John Street, Ste. 800               320 West 57th Street
New York, NY 10038                      New York, NY 10019
Attorney for ASK 244, LLC and           (212) 830-2590
NOEL ASHMAN                             Attorney for PLAINTIF


SO ORDERED:

_____