John Coletta (JC 7522)
Judith M. Saffer (JS 3161)
Attorneys for Broadcast Music, Inc.
320 West 57th Street
New York, New York 10019
(212) 830-2590
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

BROADCAST MUSIC, INC.; et al.,

    Plaintiffs,

v.

ASK 244, LLC d/b/a THE PLUMM and
EUGENE BOISSIERE, THOMAS FRAYNE,
NOEL ASHMAN, JASON KRYSTAL,
STEPHANIE RUHLE HUBBARD,
And KRISTEN DICKEY, each
individually,

    Defendants.
------------------------------------X

CIVIL ACTION NO.:

1:07-cv-2967

Judge Buchwald



### STIPULATION

    The undersigned attorneys for the respective parties do hereby stipulate that the within action be dismissed against all Defendants, with prejudice, each party to pay their costs, subject to being reopened for the filing of a Consent Judgment against Defendants ASK 244, LLC and Noel Ashman (hereinafter, the "Settling Defendants") and/or a Motion for entry of a Default Judgment against the other Defendants, in the event that the Settling Defendants do not comply with the terms and conditions of their settlement agreement with Plaintiffs.

ASK 244, LLC d/b/a The Plumm
and NOEL ASHMAN

_[signature]_
Bruno F. Codispoti (BC4568)
Codispoti & Mancinelli, LLP
111 John Street, Ste. 800
New York, NY 10038
Attorney for ASK 244, LLC and
NOEL ASHMAN

BROADCAST MUSIC, INC., for
itself and its co-Plaintiffs

_[signature]_
John J. Coletta, Esq. (JC7522)
BMI
320 West 57th Street
New York, NY 10019
(212) 830-2590
Attorney for PLAINTIFF

SO ORDERED: _[signature]_
11/19/07